UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEVONA MION CALHOUN | CIVIL ACTION |
| VERSUS | NO. 26-1571 |
| HERITAGE MANOR OF MANDEVILLE | SECTION M (1) |

**ORDER**

Having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 6), and the failure of any party to file an objection to the Report and Recommendation, the Court hereby approves the Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 17th day of September, 2026.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE